IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CATRIEN A. H. SCHIFFER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:05-CV-00232 |
| | : | |
| vs. | : | Magistrate Judge Kemp |
| | : | |
| ANOKH V. KONDRU, et al., | : | |
| | : | |
| Defendant. | : | |

**STIPULATED ORDER**

Pursuant to Fed. R. Civ. Proc. 56(d) and by stipulation of the parties, the Court finds and orders that Anokh Kondru ("Mr. Kondru") negligently operated a vehicle southbound down a private driveway near 1150 Kinnear Road in Columbus, Franklin County, Ohio, by failing to yield to traffic on Kinnear Road and that Mr. Kondru's negligence was the sole proximate cause of the resulting collision between his vehicle and a bicycle lawfully operated by Plaintiff Catrien A. H. Schiffer.

Notwithstanding the foregoing, the nature and extent of Plaintiff Catrien A. H. Schiffer's injuries, if any, proximately caused by the collision and the issues of Plaintiffs' damages, if any, arising from the subject injuries are reserved for determination by the finder-of-fact in this case.

```
                                    /s/ Terence P. Kemp
                                    United States Magistrate Judge
```

APPROVED:

/s/ Frank A. Ray
Frank A. Ray (0007762)
Janica A. Pierce (0075074)
Trial Attorneys for Plaintiff
Frank A. Ray Co., L.P.A.
Of Counsel to Chester, Willcox, & Saxbe, L.L.P.
65 East State Street, Suite 1000
Columbus, Ohio  43215
Telephone:	(614) 221-7791
Facsimile:	(614) 221-8957
Email:		fray@cwslaw.com
		jpierce@cwslaw.com


/s/ David Heinlein per letter authority 10/19/05
David Heinlein (0040677)
Trial Attorney for Defendants
140 East Town Street, Suite 1015
Columbus, Ohio  43215
Telephone:	(614) 716-0982
Facsimile:	(614) 228-8844
Email:		david_heinlein@staffdefense.com